PELLETTIERI, RABSTEIN & ALTMAN
Andrew L. Watson, Esquire (034891999)
989 Lenox Drive, Suite 101
Lawrenceville, New Jersey 08648
Phone: (609) 520-0900
Fax: (609) 896-1265
awatson@pralaw.com
Attorneys for the Defendant, Dormify, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANRO, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ON CAMPUS MARKETING, LLC; OCM ACQUISITION CORP.; DORMIFY, INC.; DAWN ROBERTSON; BEN SELDEN; BRIAN DOYLE; JOHN DOES 1-10; ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No.: 3:24-cv-231-RK-RLS<br><br>CONSENT ORDER<br><br>DOCUMENT ELECTRONICALLY FILED |

THIS MATTER having been previously removed to Federal Court by Andrew L. Watson, Esquire, (Pellettieri, Rabstein and Altman) counsel for Defendant Dormify, Inc. and it now appearing that there is no diversity of citizenship, and all parties consent to the case be remanded and for good cause shown,

IT IS on this ___7th___ day of March, 2024,

ORDERED that the Clerk of the court shall **REMAND** the matter to the New Jersey Superior Court, Law Division, Mercer County, under Docket Number MER-L-002159-23; and

IT IS FURTHER ORDERED that the Clerk of the Court shall mark this matter as **CLOSED**.

_____
HON. ROBERT KIRSCH, U.S.D.J.

The undersigned hereby consents to the form and entry of the Order:

Date: March 7, 2024

/s/ Nancy C. Fisher
Nancy C. Fisher, Esquire
Stradley, Ronon, Stevens & Young, LLP
Attorneys for Plaintiff ANRO INC.

Date: March 7, 2024

/s/ Eileen M. Ficaro
Eileen M. Ficaro, Esquire
Kaufman Dolowich LLP
Attorneys for Defendants Dawn Robertson, Ben Selden and Brian Doyle